UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RONNIE SELBY,

        Plaintiff,

v.                                              Case No. 6:17-cv-642-Orl-37GJK

CREDIT ONE BANK, N.A.,

        Defendant.

_____

### ORDER

This matter is before the Court on Defendant, Credit One Bank, N.A.'s Motion to Dismiss and Compel Arbitration and Incorporated Memorandum of Law (Doc. 15); and Plaintiff's Notice of Non-Objection to Defendant's Motion to Compel Arbitration (Doc. 16).

Upon consideration, **IT IS ORDERED** that:

(1)     Defendant, Credit One Bank, N.A.'s Motion to Dismiss and Compel Arbitration and Incorporated Memorandum of Law (Doc. 15) is **GRANTED**.

(2)     In accordance with the terms of the parties' arbitration agreement (Doc. 15-1, pp. 17–18), the parties are **DIRECTED** to arbitrate the claims asserted by Plaintiff in this action (Doc. 1).

(3)     This action is hereby **STAYED** pending resolution of the arbitration proceedings.

(4) On or before **September 1, 2017**, the parties also are **DIRECTED** to jointly file a notice with this Court concerning the status of the arbitration. The parties are further **DIRECTED** to jointly file additional notices with the Court every 90 days until the stay is lifted.

(5) The Clerk of the Court is directed to **ADMINISTRATIVELY CLOSE** this action pending further Order of the Court.

**DONE AND ORDERED** in Orlando, Florida, this 10th day of July, 2017.



ROY B. DALTON JR.
United States District Judge

Copies to:

Counsel of Record